# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable **JUDGE JACQUELINE P. COX**     Hearing Date  October 18, 2006

Bankruptcy  06 B 08771     Adversary No. _____

Title of Case  Zoltan Enyedi  and  Leona A. Nelson

Brief Statement of Motion: Motion of DaimlerChrysler Financial Services Americas, LLC for Confirmation that the Automatic Stay is Terminated

Names and Addresses of moving counsel:

Representing:

## ORDER

IT IS HEREBY ORDERED, motion is withdrawn.

*Jacqueline P. Cox*

Judge Jacqueline P. Cox
United States Bankruptcy Court