**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 1 1 2007
KENNETH S. GARDNER, CLERK
PS REP. - SJ

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 06-08771
ZOLTAN ENYEDI and ) Chapter 7
LEONA A. NELSON, ) Judge Jacqueline P. Cox
)
Debtors )

## RESPONSE IN OPPOSITION TO TRUSTEE'S MOTION FOR ORDER OF CONTEMPT

NOW COMES the defendant A-AMERICAN CONTRACTORS, by and through their attorneys Chilton Yambert Porter & Young LLP, in response and in opposition to the Trustee's Motion for Order of Contempt, states the following:

1. These bankruptcy proceedings were filed on behalf of the plaintiff on July 23 of 2006 whereby Eugene Crane was appointed Trustee. Debtor/Plaintiff Zoltan Enyedi was represented in the bankruptcy proceedings by attorney Joseph P. Doyle. At that time the debtor/plaintiff had a matter pending seeking recovery for personal injuries in the circuit court of Cook County. At no time was notice of the bankruptcy proceedings given to the parties or attorneys representing the defendants in the state court matter.

2. On October 23, 2006 the debtor/plaintiff appeared for his discovery deposition in the common law matter and for the first time mentioned that a bankruptcy petition had been filed on his behalf however the status of said petition was not disclosed. October 26th of 2006, a mere three days after the plaintiff's deposition, Eugene Crane filed a report of No Assets and the case was closed.

3. On April 4, 2007, Defendants moved to dismiss the civil case based upon the debtor/plaintiff failure to list the pending common law action on his bankruptcy petition. On

April 20, 2007, the debtor/plaintiff filed a motion to reopen the bankruptcy proceedings to include both the plaintiff's common law claim and his workers compensation claim on the bankruptcy petitions. Obviously this was done in response to the common law motion to dismiss.

5. Attached hereto is a copy of the notice of motion as to the reopening of the bankruptcy matter. As you can see the common law defendants were given no notice of this motion. Due to scheduling differences, the motion pending in the bankruptcy court was ruled on prior to the motion pending in the circuit court even though it was filed later.

6. On May 1, 2007 this court entered an order reopening the bankruptcy matter and the trustee was reappointed. This order was not forwarded to the defendants in the common law matter despite the fact that said motion was filed in response to a pending motion to dismiss. On June 12th 2007 the plaintiff's common law attorney Beverly Spearman was appointed co-trustee by this court. Again no notice of this order was forwarded to the defendants in the common law action or to Judge Kathy Flanagan herself despite the fact that it was still eight days before Judge Flanagan's scheduled ruling date and she could have stayed the proceedings before that date. .

7. At no time did either of the trustees, the debtor/ plaintiff or his bankruptcy attorney attempt to give notice to any of the defendants or to Judge Kathy Flanagan that the bankruptcy proceedings had been reopened despite the fact that said action was taken in direct response to a motion filed due to the plaintiff's initial failure to give proper notice of his bankruptcy proceedings.

8. Defendants filed the motion to dismiss **after** the bankruptcy case was closed, and **before** the Trustee filed for re-opening, thereby making no attempt to exercise control

over the estate. Again it should be noted that it was the plaintiff/debtor and the trustees who had knowledge of the re-opening failed to inform anyone of the re-opening.

9. Any violation of the stay provisions of Sec. 362(a) (3) of the Bankruptcy Code was not willful, but was merely an oversight. (see also In Re Mary Will 303 B.R. 357 )

WHEREFORE, for the foregoing reasons, Defendant A-American Contractors prays that this Honorable Court will deny Trustee's Motion for Order of Contempt.

Respectfully Submitted,

*Paul K Kralovec*
Paul E. Kralovec
Attorney for A-American Contractors


Paul E. Kralovec
Chilton Yambert Porter & Young LLP
150 S. Wacker Drive, Suite 2400
Chicago, Illinois 60606
Tel:  (312) 460-8000
Fax:  (312) 460-8299
Attorney No. 35613

United States Bankruptcy Court
Northern District of Illinois
Eastern Division

IN RE:  Zoltan Enyedi &               )
        Leona Nelson                  )   Chapter  7
                                      )   Case No. 06- 08771
        DEBTOR                        )   Judge:  Jacqueline P. Cox
                                      )

To:

Zoltan Enyedi & Leona A. Nelson, P.O. Box 161, Richton Park, Illinois 60471

Trustee Crane, 135 S. LaSalle Street, Suite 3705, Chicago, IL 60603

### NOTICE OF MOTION

Please take notice that on Tuesday May 1st, 2007 at 9:30 a.m. I shall bring the above motion for hearing before Judge Jacqueline P. Cox or whomever is sitting in Judge's stead, in the Courtroom normally occupied by Judge Cox at 219 S. Dearborn, Courtroom 619, Chicago, IL 60604 .

By: /s/ Joseph P. Doyle
Joseph P. Doyle, Attorney for debtor

### Certification

I certify that the motion and notice of motion were served on the person to whom notice is given by causing the same to be delivered by hand to the client and via electronic notice to the Chapter 13 Trustee before the hour of 5:30 p.m., on April 21, 2007 .

By: /s/Joseph P. Doyle
Attorney for debtor

**Attorney for the Debtor**
**Prepared By : Joseph P. Doyle**
Law Offices of Joseph P. Doyle
105 S. Roselle Road, Suite 203
Schaumburg, IL 60193
(Ph): 847-985-1100 (Fax) 847-985-1126

Academy Collection Service
10965 Decatur Road
Philadelphia, PA 19154-3210


Account Managment Service
P.O. Box 19617
Indianapolis, IN 46219-0617


Advocate Home Care Products, Inc.
28511 Network Place
Chicago, IL 60673-1285


Advocate South Surban Hospital
17800 South Kedzie Avenue
Hazel Crest, IL 60429-0989


American Medical Collection Agency
2269 South Saw Mill River Road
Elmsford, NY 10523


Amex
Po Box 297871
Fort Lauderdale, FL 33329


Arthur B. Adler & Associates, LTD
25 East Washington street
Suite 500
Chicago, IL 60602-1702


Associated St James Radiologists
PO Box 3597
Springfield, IL 62708-3597


Atlantic Credit & Finance Inc
PO BOX 13386
Roanoke, VA 24033-3386


Bank Of America
Po Box 1598
Norfolk, VA 23501


Bank One
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153

Bank One-Ohio
201 N Walnut St
Wilmington, DE 19801


Cap One Bk
Po Box 85520
Richmond, VA 23285


Capital Managment Services
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital Recovery Service, LLC
P.O. Box 11470
Fairfax, VA 22030


Carson Pirie Scott
PO Box 17633
Baltimore, MD 21297-1633


Catherine/Tape Report
1103 Allen Dr
Milford, OH 45150


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chase BankCard Services
PO Box 52188
Phoenix, AZ 85072-2188


Chase Manhattan Mtge
3415 Vision Dr
Columbus, OH 43219


Chase Na
100 Duffy Ave
Hicksville, NY 11801


Chrysler Financial
5225 Crooks Rd Ste 140
Troy, MI 48098

Citi Cards
P.O. Box 182532
Columbus, OH 43218-2532

Citicorp Credit Services
Box 3136
Milwaukee, WI 53201-3136

City of Chicago Department Revenue
P.O. Box 88292
Chicago, IL 60680-1292

Client Service, Inc
3451 Harry S Truman Blvd
Saint Charles, MO 63301

Collectcorp
300 International Drive
Suite 100
Buffalo, NY 14221-5783

Consultants in Pathology
PO Box 9231
Michigan City, IN 46361-9231

Creditors Collection B
755 Almar Pkwy
Bourbonnais, IL 60914

Creditors Interchange
PO Box 1335
Buffalo, NY 14240-1335

Credtrs Coll
Pob 63
Kankakee, IL 60901

Dependon Collection Se
7627 W Lake St 210
River Forest, IL 60305

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Diversifd Co
3701 South Lindber
Saint Louis, MO 63127

EMCC, Inc.
33 Riverside Drive
Pembroke, MA 02359

Falls Collection Svc
Po Box 668
Germantown, WI 53022

Fashion Bug/Soanb
1103 Allen Dr
Milford, OH 45150

Financial Control Solutions
PO Box 668
Bremo Bluff, VA 23022-0668

Finanical Recovery Services, Inc
PO Box 385908
Minneapolis, MN 55438-5908

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

FMS Inc
4915 South Union Avenue
Tulsa, OK 74107

Ford Cred
Po Box Box 542000
Omaha, NE 68154

Franklin collection Service, Inc
PO Box 3910
Tupelo, MS 38803-3910

Gemb/Jcp
Po Box 984100
El Paso, TX 79998

Gemb/Pep Boys
Po Box 981439
El Paso, TX 79998


Gemb/Preferred Floor
Po Box 981439
El Paso, TX 79998


Gemb/Sams Club
Po Box 981400
El Paso, TX 79998


Gemb/Walmart
Po Box 981400
El Paso, TX 79998


Global Vantedge
PO Box 12237
Hauppauge, NY 11788-1867


Harris
600 W Jackson
Chicago, IL 60661


Hinsdale Orthopaedic
951 Essington Street
Joliet, IL 60435


Home Depot


Household Bank
PO Box 4144
Carol Stream, IL 60197-4144


Hsbc Nv
Po Box 19360
Portland, OR 97280


Hsbc/Bsbuy
Po Box 15519
Wilmington, DE 19850

Hsbc/Carsn
140 W Industrial Dr
Elmhurst, IL 60126


I.R.S.
Cincinnati, OH 45999-0030


L S Ayres
PO Box 94577
Cleveland, OH 44101-4577


Lane Bryant
Po Box 182121
Columbus, OH 43218


LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


Lvnv Funding
Po Box 740281
Houston, TX 77274


Merchants Cr
223 W Jackson St
Chicago, IL 60606


MidAmerica Cardiovascular
5009 West 96th Street
Oak Lawn, IL 60453


Midnight Velvet
1112 7th Avenue
Monroe, WI 53566-1364


Midwest diagnostic Pathology
75 Remittance Dr
Suite 3070
Chicago, IL 60675-3070


Minimally Invasive Spine Speci
20060 Govenors Drive
Olympia Fields, IL 60461

Mitchell N. Kay, P.C.
PO Box 2374
Chicago, IL 60690-2374


Mutual Hsp Srvcs In
2525 N Shadeland Ave Ste
Indianapolis, IN 46219


National Action Financial Services
PO Box 922023
Norcross, GA 30092-2817


National Asset Recovery Services
PO Box 701
Chesterfield, MO 63006-0701


National Enterprise Systems
291215 Solon Road
Solon, OH 44139-3442


National Finical Systems, Inc
600 W John St
P.O. Box 9041
Hicksville, NY 11802-9041


Nationwide Credit
2015 Vaughn Rd NW
Suite 300
Kennesaw, GA 30144-7802


NCO Financial Systems
PO Box 244
Dept 64
Cleveland, OH 44130


NCO Fincial Systems Inc
PO Box 30244
Dept 64
Cleveland, OH 44130


Neurology Condultants, S.C.
10660 West 143rd Street
Orland Park, IL 60462

Northland Group Inc
PO Box 390846
Edina, MN 55439

Oaklawn Radiology Imaging
37241 Eagle Way
Chicago, IL 60678

Orland Fire Protection
P.O. Box 457
Wheeling, IL 60090

P.E.M.S.
9944 S Roberts Rd
Suite 204
Palos Hills, IL 60465

Palos Community Hospital
12251 S. 80th Avenue
Palos Heights, IL 60463

Physical Therapy & Spine Insitute
2460 W. Lincoln HWY
Olympia Fields, IL 60461

Providian
PO Box 660548
Dallas, TX 75266-0548

Quest Diagnostics Inc.
c/o AMCA, P. O. Box 1235
Elmsford, NY 10523-0935

Radiology and Nuclear Cons.
7808 College Drive ISE
Palos Heights, IL 60463

Radiology Center S. C.
P. O. Box 3837
Springfield, IL 62708-3837

Receivables Performance Management,
1930 220th Street, Suite 101
Bothell, WA 98021

Regional Adjustment Bureau
PO Box 34111
Memphis, TN 38184-0111

Resurgence Financial LLC
4100 Commercial
Northbrook, IL 60062

Retail Services
P. O. Box 17298
Baltimore, MD 21297-1298

Retailers National Bank
3901 W. 53rd Street
Sioux Falls, SD 57106-4216

Sherman Financial
P. O. Box 10525
Greenville, SC 29601

Social Security Administration
PO Box 3430
Philadelphia, PA 19122-9985

Sprint PCS
PO Box 219554
Kansas City, MO 64121-9554

St. James Hospital
1423 Chicago Rd
Chicago Heights, IL 60411

Suburban Emergency Phys
PO Box 2729
Carol Stream, IL 60132-0001

T Mobile
PO Box 37380
Albuquerque, NM 87176-7380

T-Mobile
P. O. Box 742596
Cincinnati, OH 45274-2596

Thd/Cbusa
Po Box 6003
Hagerstown, MD 21747


The Answer
Processing Center
Des Moines, IA 50364


The CBE Group Inc
131 Tower Park Suite 100
PO Box 2547
Waterloo, IA 50704-2547


Tnb - Target
Po Box 9475
Minneapolis, MN 55440


Triadvantage Credit Services
PO Box 1961
Southgate, MI 48195-0961


Trustmark Recovery Services
541 Otis Bowen Drive
Munster, IN 46321


Unifund Corp/Oh
11802 Conrey Rd
Cincinnati, OH 45249


United Recovery Systems Inc
5800 North Course Drive
Houston, TX 77072


Universal Fidelity LP
P.O. Box 941911
Houston, TX 77094-8911


Vascular Surgery & Noninvasive Diag
10660 W 143RD St
Suite B
Orland Park, IL 60462


Viking Collection Service, Inc.
P. O. Box 59207
Minneapolis, MN 55459-0207

Vsps/Cbusa
Po Box 6003
Hagerstown, MD 21747


Walgreen's
20950 Governors Highway
Richton Park, IL 60471


Wash Mutual/Providian
Po Box 9180
Pleasanton, CA 94566


Weltman Weinberg & Reis Co., L.P.A.
525 Vine Street
Suite 800
Cincinnati, OH 45202


Wexler & Wexler
500 W Madison St Ste 291
Chicago, IL 60661


Wfnnb/Ashley Stewart
220 W Schrock Rd
Westerville, OH 43081


Wfnnb/Lane Bryant
4590 E Broad St
Columbus, OH 43213


Wfnnb/Roamans
Po Box 182121
Columbus, OH 43218


Wfnnb/The Avenue
Po Box 2974
Shawnee Mission, KS 66201


Wfnnb/Victorias Secret
Po Box 182128
Columbus, OH 43218


Wolpoff & Abramson L.L.P.
Two Irvington Centre
702 King Farm Blvd
Rockville, MD 20850-5775

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

IN RE:  Zoltan Enyedi )
        Leona A. Nelson )
        DEBTOR )  Chapter 7
) Case No. 06-08771
) Judge: Jacqueline P. Cox

## Motion to Reopen Chapter 7 Bankruptcy

Now Comes Counsel for Zoltan Enyedi & Leona A. Nelson, Joseph P. Doyle, and respectfully states:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a core proceeding under 28 USC 157(b)(2)

2. That Debtors filed the above captioned case under Section 7 of the Bankruptcy on July 23, 2006.

3. The Debtors case was Discharged on October 23, 2006.

4. The Debtors Schedule B & C inadvertently omitted the following lawsuits:

    a. Worker's Compensation - James A. Thomas, 175 W. Jackson, Suite 2215, Chicago, Il 60604-2704 (Ph #) 773-238-7130
    b. Personal Injury – Beverly Spearman, 1 N. LaSalle Street, Suite 450, Chicago, IL 60602 (Ph#) 312-977-0200

Wherefore, The Debtors Pray that an order be entered Reopening the Chapter 7 Bankruptcy Case in order to include the Debtors Lawsuits and afterwards have the case rightfully discharged.

By: /s/ Joseph P. Doyle
Joseph P. Doyle, Attorney for Debtor

Attorney for Debtor
Prepared by Joseph P. Doyle
Law Offices of Joseph P. Doyle
105 S. Roselle Road, Suite 203
Schaumburg, IL 60193
(Ph) 847-985-1100 (Fax) 847-985-1126

Form B6B
(10/05)

In re Zoltan Enyedi,
Leona A. Nelson

Case No. 06-08771

Debtors

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Worker's Compensation - James A. Thomas, 175 W. Jackson, Suite 2215, Chicago, IL 60604-(Ph) - 773-238-7130 | J | Unknown |

Sub-Total > 0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re  Zoltan Enyedi,  
   Leona A. Nelson  
                Debtors

Case No. __06-08771__

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Personal Injury - Beverly Spearman, 1 N. LaSalle Street, Suite 450, Chicago, IL 60602 (Ph#) - 312-977-0200 | J | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

                     Sub-Total >    0.00  
                   (Total of this page)  
Sheet __2__ of __2__ continuation sheets attached                Total >    0.00  
to the Schedule of Personal Property  
                               (Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

Form B6C
(10/05)

In re    Zoltan Enyedi,
         Leona A. Nelson

Case No. ___06-08771___

Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $125,000.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Worker's Compensation - James A. Thomas, 175 W. Jackson, Suite 2215, Chicago, IL 60604-(Ph) - 773-238-7130 | 820 ILCS 305/21 | 100% | Unknown |
| Personal Injury - Beverly Spearman, 1 N. LaSalle Street, Suite 450, Chicago, IL 60602 (Ph#) - 312-977-0200 | 735 ILCS 5/12-1001(h)(4) | 15,000.00 | Unknown |

Total:  15,000.00    0.00

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy